UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                    Case No. 812-77382-CEC

     BENJAMIN SZENES and                           Chapter 7
     JANINE SZENES,
                                                          **NOTICE OF MOTION TO**
                        Debtors.       **REOPEN BANKRUPTCY**

-----------------------------------------------------------------x

       **PLEASE TAKE NOTICE**, that upon affirmation of ALLAN B. MENDELSOHN, a

motion will be made to term of this Court reopening the Chapter 7 case pursuant to Section

350(b) of the Bankruptcy Code, together with such other, further and different relief as this Court

deems just, proper and equitable.

|  |  |
|---|---|
| **DATE & TIME:** | June 5, 2014 at 10:00 AM |
| **BANKRUPTCY JUDGE:** | Carla E. Craig |
| **COURTHOUSE:** | U.S. Bankruptcy Court |
|  | Long Island Federal Courthouse |
|  | 290 Federal Plaza, Courtroom 760 |
|  | Central Islip, New York 11771 |

Any answering papers shall be served so as to ensure actual receipt not later than three (3) days

before the return date.

Dated: Huntington, New York
      April 7 , 2014

                                     _____
                                     ALLAN B. MENDELSOHN
                                     ALLAN B. MENDELSOHN, LLP
                                     38 New Street
                                     Huntington, New York 11743
                                     (631) 923-1625

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                          Case No. 812-77382-CEC

      BENJAMIN SZENES and                         Chapter 7
      JANINE SZENES,
                                                                **AFFIRMATION OF**
                          Debtors.     **ALLAN B. MENDELSOHN**
-------------------------------------------------------------x

        ALLAN B. MENDELSOHN, an attorney duly admitted to practice before this Court,

affirms under penalty of perjury as follows:

        1.      I am the attorney for BENJAMIN SZENES and JANINE SZENES. This Motion

is made pursuant to 11 U.S.C. § 350(b) for cause to enable the debtors to seek relief against US

Bank for their repeated and willful disregard of the debtors' discharge.

        2.      The debtors filed a petition for relief under Chapter 7 of the Bankruptcy Code on

December 27, 2012 and received their discharge thereafter.

        3.      Included in the Debtors' list of creditors was US Bank NA, P.O. Box 790117, St.

Louis, MD 63179 and US Bank RL, 205 W. Fourth Street, Cincinnati, OH 45202.

        4.      Despite the discharge and their actual notice, US Bank has continually violated

the injunction and repeatedly harassed the debtors in their attempt to collect a discharged debt.

        5.      The debtors seek to reopen their case pursuant to 11 U.S.C. § 350(b) to seek relief

against US Bank.

        WHEREFORE, your affirmant respectfully requests that pursuant to Section 350(b) of

the Bankruptcy Code that the case be reopened; and for such other relief as is just and proper.

Dated: Huntington, New York
      April 7, 2014

                                      _____
                                   ALLAN B. MENDELSOHN

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:                                                    Case No. 812-77382-CEC

      BENJAMIN SZENES and                      Chapter 7
      JANINE SZENES,
                                                          **AFFIDAVIT OF MAILING**

                             Debtors.
-------------------------------------------------------------------x

STATE OF NEW YORK, COUNTY OF SUFFOLK      ss.:

      The undersigned, residing at the address set forth below, being duly sworn, deposes and says: that deponent is not a party to this action, and is over the age of eighteen (18) years.

      That on the date this affidavit was sworn to, deponent served a copy of the within Notice of Motion to Reopen Bankruptcy upon:

SEE ATTACHED

the address(es) designated for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, first class mail, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                    _____
                                    Allan B. Mendelsohn
                                    Kings Park, New York

Sworn to before me this
_7th_ day of April, 2014

_____
Notary Public

MICHAEL J. O'SULLIVAN
Notary Public, State of New York
No. 02OS4985526
Qualified in Nassau County
Commission Expires August 19, 20_17_

Label Matrix for local noticing
0207-8
Case 8-12-77382-dte
Eastern District of New York
Central Islip
Wed Apr  2 19:18:30 EDT 2014

Capital One, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

NYC Dept of Finance
345 Adams Street
10th Fl, South Side
Brooklyn, NY 11201-3719

NYS Dept of Taxation & Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

NYS Unemployment Insurance
Attn: Insolvency Unit
Bldg. #12 Room 256
Albany, NY 12201

WELLS FARGO BANK, NA
c/o Shapiro Dicaro and Barak, LLC
105 Maxess Road
Suite N109
Melville, NY 11747-3854

290 Federal Plaza
Central Islip, NY 11722-4437

Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

Amex/dsnb
9111 Duke Blvd
Mason, OH 45040-8999

Cap1/bstby
Po Box 5253
Carol Stream, IL 60197-5253

Cbna
1000 Technology Dr
O Fallon, MO 63368-2239

Chase
Po Box 15298
Wilmington, DE 19850-5298

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Dr. Michael Terrani
P.O. Box 231302
Great Neck, NY 11023-0302

Exxmblciti
Po Box 6497
Sioux Falls, SD 57117-6497

Exxon/Mobil
Processing Center
Des Moines, IA  50361-0001

HSBC Retail Services
P.O. Box 17298
Baltimore, MD  21297-1298

(p)HSBC BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 5213
CAROL STREAM IL 60197-5213

Hyunda
10550 Talbert Avenue
Fountain Valley, CA 92708-6032

Hyundai Motor Finance
P.O. Box 629027
ElDorado Hills, CA 95762-9027

Ocean Perinatology, PLLC
P.O. Box 234893
Great Neck, NY  11023-4893

Rosenfeld & Maidenbaum, LLP
132 Spruce Street
Cedarhurst, NY 11516-1915

Sallie Mae
Po Box 9500
Wilkes Barre, PA 18773-9500

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4456

Usbank Rl
205 W Fourth Street
Cincinnati, OH 45202-2628

Wells Fargo Bank Nv Na
Po Box 31557
Billings, MT 59107-1557

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Allan B Mendelsohn
Allan B. Mendelsohn, LLP
38 New Street
Huntington, NY 11743-3463

Benjamin Szenes
123 Morton Blvd.
Plainview, NY 11803-5629

Janine Szenes
123 Morton Blvd.
Plainview, NY 11803-5629

R Kenneth Barnard
3305 Jerusalem Avenue
Suite 215
Wantagh, NY 11793-2028

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Hsbc Bank
Po Box 52530
Carol Stream, IL  60196

US Bank, NA
PO Box 790117
St. Louis, MO  63179

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD  21701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)NYS Unemployment Insurance
Attn: Insolvency Unit
Bldg. #12 Room 256
Albany, NY 12201

(d)Capital One, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

(d)Wells Fargo Bank, NA
c/o Shapiro Dicaro and Barak, LLC
105 Maxess Road
Suite N109
Melville, NY 11747-3854

(d)Allan B. Mendelsohn
Allan B. Mendelsohn, LLP
38 New Street
Huntington, NY 11743-3463

End of Label Matrix
Mailable recipients     31
Bypassed recipients      4
Total                   35

Chapter 7
Case No.  Case No. 812-77382-CEC
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

    BENJAMIN SZENES and JANINE SZENES,

                                                                Debtors.

## NOTICE OF MOTION TO REOPEN BANKRUPTCY

ALLAN B. MENDELSOHN
ALLAN B. MENDELSOHN, LLP
38 New Street
Huntington, New York 11743
(631) 923-1625