UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

    BENJAMIN SZENES and
    JANINE SZENES *aka* JANINE SCOTTI

                             Debtors.
-------------------------------------------------------------x

Chapter 7
Case No. 812-77382-LAS

**ORDER REOPENING CASE**

Upon motion filed dated April 7, 2014 (the "Motion") [Docket No. 15] of the Debtors for an Order reopening this case pursuant to 11 U.S.C. § 350(b); and a hearing on the Motion having been held on June 5, 2014 (the "Hearing"); and Allan B. Mendelsohn, Esq. having appeared for the Debtors in support of the Motion; and there being no opposition; it is

    **ORDERED**, that the Motion is granted as provided herein; and it is further

    **ORDERED**, that the bankruptcy case shall be reopened; and it is further

    **ORDERED**, that any motion for relief against US Bank, N.A. shall be filed within 14 days of the Hearing and served upon US Bank, N.A. at the following addresses listed in the Debtors' matrix of creditors and/or affidavit of service with respect to the Motion:

| US Bank, N.A. | US Bank RL | US Bank |
|---|---|---|
| PO Box 790117 | 205 W. Fourth Street | PO Box 5229 |
| St. Louis, MO 63179 | Cincinnati, OH 45202 | Cincinnati, OH 45201-5229 |

and it is further

    **ORDERED**, if any motion for relief against US Bank, N.A. is not filed and served within 14 days of the Hearing, this bankruptcy case shall be re-closed.



**Dated: June 11, 2014**
      **Central Islip, New York**

    /s/ Louis A. Scarcella
    **Louis A. Scarcella**
    **United States Bankruptcy Judge**